WALTER F. BROWN. JR. (STATE BAR NO. 130248)
SHARON E. FRASE (STATE BAR NO. 282923)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:     415-773-5700
Facsimile:     415-773-5759
wbrown@orrick.com
sfrase@orrick.com

Attorneys for Defendant
PS FUNDING, INC.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CV-00774-KJM-CKD |
| Plaintiff, | **STIPULATION OF WITHDRAWAL OF CLAIM AS TO PS FUNDING, INC.** |
| v. | |
| REAL PROPERTY LOCATED AT 7661 FEY WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-2450-006-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 9268 TROUT WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 116-1470-018-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and | |
| REAL PROPERTY LOCATED AT 9185 GRANT LINE ROAD, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 134-0460-004-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff UNITED STATES OF AMERICA ("Plaintiff") and Claimant PS FUNDING, INC. ("Claimant") as follows:

1.  That Claimant asserted a lienholder interest in defendant property located at 7661 Fey Way in Elk Grove, California ("Defendant Fey Way"). The loan has since been satisfied and the Claimant no longer has an interest in Defendant Fey Way. Accordingly, Claimant hereby withdraws its claim filed in this Action with respect to the real property located at 7661 Fey Way, Elk Grove, California, Sacramento County, APN: 132-2450-006-0000 (the "Property"); and

2.  To the extent required under F.R.C.P. 41(a), the United States agrees to dismiss with prejudice the Claimant in this Action pursuant to F.R.C.P. 41(a). The Defendant Fey Way is the *in rem* defendant.

3.  That each party hereto is to bear his, her and its own costs.

4.  That Claimant be removed from the Service List for this matter.

Dated: July 24, 2019     WALTER F. BROWN, JR.
             SHARON E. FRASE
             Orrick, Herrington & Sutcliffe LLP


By:  /s/ Sharon E. Frase
        SHARON E. FRASE
        Attorneys for Defendant
        PS FUNDING, INC.


Dated: July 24, 2019     MCGREGOR W. SCOTT
             United States Attorney


By:  /s/ Kevin C. Khasigian
        Kevin C. Khasigian
        Assistant United States Attorney

# <u>ORDER</u>

The Court has read and considered the Stipulation of Withdrawal of Claim by PS Funding, Inc. ("the Stipulation") by Claimant PS Funding, Inc. ("Claimant"), and Plaintiff, United States of America ("Plaintiff"), by and through their respective counsel (collectively, the "Parties"). For the reasons stated in the Stipulation and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1.      The Stipulation is approved.

2.      Claimant's claim filed in the above-captioned case on June 8, 2018 [Dk. 5] is hereby deemed withdrawn.

3.      Claimant is hereby deemed dismissed from the above-captioned case.

DATED:  July 30, 2019.

_____
UNITED STATES DISTRICT JUDGE