McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18−CV−00774-KJM−CKD |
| Plaintiff, | |
| v. | STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |
| REAL PROPERTY LOCATED AT 7661 FEY WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-2450-006-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | |
| Defendants. | |

The United States and Claimants Dennis Guy Wentz and Laura Jane Wentz, through their respective counsel, hereby stipulate and request the Court to lift the stay for the limited purpose of filing a motion for default judgment for real property located at 9268 Trout Way, Elk Grove, California, ("Defendant Trout Way"). The parties anticipate that, if granted, the default judgment motion would close the case against Defendant Trout Way. Thus, the stay would no longer be necessary for this property.[1]

Dennis Guy Wentz and Laura Jane Wentz filed a claim asserting a lienholder interest in defendant Trout Way. No other party has filed a claim asserting an interest in defendant Trout Way. De Kun

---

[1] The case would remain stayed as to the other two *In Rem* Defendants, 7661 Fey Way, Elk Grove, California and 9185 Grant Line Road, Elk Grove, California. This request is limited to Defendant Trout Way in light of the unique circumstance of a person listed on title that has defaulted on the loan and failed to enter this case after being noticed.

1

Zheng, the person listed on title, has been served with the complaint and case documents and has failed to enter the case as required by the forfeiture statutes. De Kun Zheng was present on February 21, 2018 when law enforcement searched Defendant Trout Way and he was arrested on state drug charges after law enforcement found over one-hundred packages of processed marijuana. Further, De Kun Zheng is presently in default on the loan for the defendant Trout Way. The lienholders represent that De Kun Zheng is 275 days delinquent.

Dated: 9/4/2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 9/4/19

/s/ Dennis Doss
DENNIS DOSS
Attorney for Claimants Dennis Guy Wentz and Laura Jane Wentz
(Authorized by email)

## ORDER

For the reasons set forth above, the stay is lifted regarding the real property located at 9268 Trout Way, Elk Grove, California.

IT IS SO ORDERED

DATED: September 6, 2019.

_____
UNITED STATES DISTRICT JUDGE