McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18−CV−00774−KJM−CKD |
|---|---|
| Plaintiff, | |
| v. | DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |
| REAL PROPERTY LOCATED AT 7661 FEY WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-2450-006-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al., | |
| Defendants. | |

This matter came before the court on the United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant property located at 9268 Trout Way, Elk Grove, California, Sacramento County, APN: 116-1470-018-0000, to oppose the United States' motion. Based on the United States' motion and the files and records of the court, THE COURT FINDS as follows:

1. This action arose out of a Verified Complaint for Forfeiture In Rem filed April 4, 2018.

2. The United States has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against potential claimant De Kun Zheng.

3. The United States has shown that a complaint for forfeiture was filed; that potential claimant De Kun Zheng received notice of the forfeiture action; that any and all other unknown

1  Default Judgment and Final Judgment of Forfeiture

potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, it is hereby ORDERED, ADJUDGED AND DECREED:

1. De Kun Zheng is held in default.

2. A judgment by default is hereby entered against any right, title, or interest of De Kun Zheng in the defendant property located at 9268 Trout Way, Elk Grove, California, Sacramento County, APN: 116-1470-018-0000.

3. A final judgment of forfeiture is hereby entered, forfeiting all right, title, and interest in the defendant property located at 9268 Trout Way, Elk Grove, California, Sacramento County, APN: 116-1470-018-0000 and more fully described in Exhibit A attached hereto and incorporated herein by reference, to the United States, subject to the interest of lien holders Dennis Guy Wentz and Laura Jane Wentz, to be disposed of according to law.

4. All parties shall bear their own costs and attorney's fees, subject to the lien holders recovery of reasonable attorney's fees.

SO ORDERED, this 15th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE

**Exhibit A**

**9268 Trout Way, Elk Grove, California**

The land described herein is situated in the State of California, County of Sacramento, City of Elk Grove, described as follows:

Lot 18 as shown on the Map entitled "Subdivision No. 00-003.00 Bell South" filed in the Office of the County Recorder of Sacramento County, California on September 29, 2003 in Book 172 of Parcel Maps, at Page 14. On October 23, 2003 the Sacramento County Recorder established a Cross-reference to Book 320 of Maps, Page 8 for said Map.

APN: 116-1470-018-0000